UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS SOMAR NAVA GUZMAN, <u>individually</u> <u>and</u> <u>on</u> <u>behalf</u> <u>of</u> <u>others</u> <u>similarly</u> <u>situated</u>,

                Plaintiff,

-v-

M & G 60TH STREET LLC d/b/a PICCOLA CUCINA UPTOWN, PHILIP GUARDIONE, and MONICA MONFASANI,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 9577 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 1, 2022, the Honorable Alison J. Nathan stayed this action pending Plaintiff pursuing his claims against Defendants, on an individual basis, in arbitration. Accordingly, by **Wednesday, October 19, 2022**, the parties shall file a joint status letter advising the Court of the status of arbitration proceedings.

Dated:    New York, New York
            October 3, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**