UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCOS SOMAR NAVA GUZMAN, individually and on behalf of others similarly situated,<br><br>                      Plaintiffs,<br><br>    -against-<br><br>M & G 60TH STREET LLC (d/b/a PICCOLA CUCINA UPTOWN), et al.,<br><br>                      Defendants. | 1:21-cv-09577 (JLR) (SLC)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On September 27, 2022, the Court ordered the parties to file a joint letter within two weeks. ECF No. 23. The deadline for that filing has now passed and the parties failed to comply and file the letter. Accordingly, the parties shall file such letter promptly but at least by **October 24, 2022**.

Dated: October 19, 2022
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge