UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARCOS SOMAR NAVA GUZMAN, *individually and on behalf of others similarly situated*,

                        *Plaintiffs*,

     -against-

M & G 60TH STREET LLC (D/B/A PICCOLA CUCINA UPTOWN), PHILIP GUARDIONE, and MONICA MONFASANI,

                      *Defendants.*
-----------------------------------------------------------X

1:21-cv-09577

**JUDGMENT**

On October 24, 2022, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

**NOW**, it is hereby **ORDERED**, **ADJUDGED AND DECREED** as follows:

That the Plaintiff, MARCOS SOMAR NAVA GUZMAN, has judgment against M & G 60TH STREET LLC (D/B/A PICCOLA CUCINA UPTOWN), PHILIP GUARDIONE, and MONICA MONFASANI, jointly and severally, in the amount of Eight Thousand Dollars and No Cents ($8,000.00), which is inclusive of attorneys' fees and costs.

Dated: October 25, 2022

                                            _____
                                            Judge Jennifer L. Rochon
                                            UNITED STATES DISTRICT JUDGE